# AI agents for magical customer experiences

Chatbase is the complete platform for building & deploying AI support agents for your business.

Build your agent   No credit card required












Highlights

# The complete platform for AI support agents

Chatbase is designed for building AI support agents that solve your customers' hardest problems while improving business outcomes.





### Purpose-built for LLMs

Language models with reasoning capabilities for effective responses to complex queries.

### Designed for simplicity

Create, manage, and deploy AI Agents easily, even without technical skills.



## Engineered for security

Enjoy peace of mind with robust encryption and strict compliance standards.

How it works

# An end-to-end solution for conversational AI

With Chatbase, your customers can effortlessly find answers, resolve issues, and take meaningful actions through seamless and engaging AI-driven conversations.

### Build & deploy your agent

Train an agent on your business data, configure the actions it can take, then deploy it for your customers.

02. Agent solves your customers' problems

03. Refine & optimize

04. Route complex issues to a human

05. Review analytics & insights



# Chatbase

Features

# Build the perfect customer-facing AI agent

Chatbase gives you all the tools you need to train your perfect AI agent and connect it to your systems.



## Compare AI models

Experiment with various models and configurations to make sure you have the best setup for your use case.



## Smart escalation

Give your agent instructions in natural language on when to escalate queries to a human agents.



## Advanced reporting

Gain insights and optimize agent performance with detailed analytics.

## Works with your tools

Integrate diverse data sources to enrich your agent's knowledge and capabilities.

Make   Zendesk   Notion   Slack   Stripe

Cal.com   Calendly   WhatsApp

### API

APIs, client libraries, and components to deeply integrate support into your product.

### Whitelabel

Remove any Chatbase branding from the chat widget.

### Always improving

Syncs with your systems and learns from previous interactions.

Explore

# Discover the Chatbase platform



Benefits

# Works like the best customer service agents

Chatbase is designed to work with your existing tools and workflows.



**Personalized answers**

Your agent knows the logged in user and can retrieve their information to provide personalized answers.

Instant actions

Empathetic & on-brand

Smart escalations

Observability

Advantages

# Unlock the power of AI-driven Agents





### Works across channels

Easily integrate your AI Agent with various platforms like Slack, WhatsApp, Messenger, and web widgets, ensuring seamless functionality across all.

### Secure by default

Your AI Agent ensures the utmost safety by refusing sensitive or unauthorized requests, keeping your data protected at all times.

### Enterprise quality guardrails

AI-powered guardrails prevent misinformation and off-topic responses, maintaining professionalism and trust in every interaction.

Testimonials

## What people say

With over 10,000 clients served, here's what they have to say

"Chatbase is a strong signal of how customer support will evolve. It is an early adopter of the agentic approach, which will become increasingly effective, trusted, and prominent."

**Marc Manara**

"This is awesome, thanks for building it!"

**Logan Kilpatrick**



# 10,000+
businesses trust Chatbase



# 140+
countries served

"An overpowered tool built with the OP stack."

 **Greg Kogan**
Pinecone

"Our chatbot has been great. Answers questions it knows, delegates to our talent when its stuck, knows how to push clients to the funnel. Chatbase is what we use, 10/10 recommend."

 **Martin Terskin**
OfferMarket

Security

# Enterprise-grade security & privacy

We take security and compliance seriously. Chatbase is SOC 2 Type II and GDPR compliant, trusted by thousands of businesses to build secure and compliant AI Agents.

 

### Your data stays yours

Your data is only accessible to your AI agent and is never used to train models.



### Data encryption

All data is encrypted at rest and in transit. We use industry-standard encryption algorithms.



### Secure integrations

We use verified variables to ensure users can access only their own data in your systems.



c

© 2025 Chatbase, Inc.

Contact

   

**PRODUCT**

Customer Service

Pricing

Security

Affiliates

**RESOURCES**

Contact us

API

Guide

Blog

Changelog

**COMPANY**

Careers

Privacy policy

Terms of service

DPA

Cookie policy

Trust center

Cookie preferences

