# Receipt

| | |
|---|---|
| **Invoice number** | FEFAB1A7-0042 |
| **Date paid** | October 18, 2025 |

**Chatbase**
4700 Keele Street
215 Bergeron Centre
Toronto Ontario M3J 1P3
Canada
+1 647-677-4960
support@chatbase.co
CA GST/HST  728540147RT0001

**Bill to**
Spiritually Smart
███████████████
█████████ Virginia ████
United States
████████████

## $150.00 paid on October 18, 2025

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Standard<br>Oct 18 – Nov 18, 2025 | 1 | $150.00 | $150.00 |

| | |
|---|---|
| Subtotal | $150.00 |
| Total | $150.00 |
| **Amount paid** | **$150.00** |

## Payment history

| Payment method | Date | Amount paid | Receipt number |
|---|---|---|---|
| Link | October 18, 2025 | $150.00 | 2801 5432 |