**L. R. <lwr2357@gmail.com>**

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

**Mohammed Jamal (Support)** <support@chatbase.co>                     Sat, Aug 9, 2025 at 5:49 PM
Reply-To: Support <support@chatbase.co>
To: Lisa Richards <lwr2357@gmail.com>

Hello Lisa,

Thanks for contacting us!

We sincerely apologize for the inconvenience this has caused!

Any prompts should be added exclusively in the AI Instructions fields. Any additional instructions uploaded as documents or added as text snippets will be ignored as part of the instructions and only considered as part of your training data.

Do the terms you wish to prohibit exist in your AI Agent's training sources? If so, I'm afraid that you cannot prevent your AI Agent from using the data you have trained it on.

Please ensure that there is no duplication of your instructions, the terms that you want to prevent your AI Agent from using are excluded from your Sources and Instructions, and then let us know how it turns out.

For your questions, I'm afraid that we do not offer such filtering, but this is something you can achieve simply by tailoring your sources and settings, without the need for any extra filters.

We are looking forward to hearing back from you!


Best,

Chatbase Support

support@chatbase.co




On August 9, 2025 at 9:12:43 PM UTC, Lisa Richards lwr2357@gmail.com wrote:

> Dear Chatbase Support Team,
>
> I'm reaching out regarding critical compliance requirements for our chatbot implementation that our current setup cannot reliably address.
>
> **Current Issue:** Despite setting creativity to zero and explicitly configuring our bot in the settings as a "rule compliance bot" (not a helpful chatbot), our bot continues to violate explicit content restrictions. We have provided clear instructions prohibiting specific words and phrases (with the same instructions duplicated in

multiple places in the materials) , yet the bot occasionally uses these terms anyway, creating serious compliance violations for our organization.

**Business Context:** We operate a bible-based organization where certain terminology conflicts with our theological requirements. Even occasional violations of our content guidelines create significant problems for our ministry and community.

**Technical Details:**

- Bot configured with creativity = 0
- Explicit instructions listing prohibited words/phrases
- Clear priority given to rule compliance over helpfulness
- Issue persists despite multiple instruction refinements

**What We Need:**

1. **Server-side content filtering**: Pre-filtering responses before they reach users
2. **Guaranteed compliance enforcement**: 100% blocking of prohibited terms
3. **Custom word replacement**: Automatic substitution of flagged content
4. **API-level filtering**: Filtering applied to all response channels (widget, API, etc.)

**Questions:**

1. Does Chatbase offer enterprise-level content filtering features?
2. Can you implement server-side word blocking/replacement for our account?
3. Are there webhook or API configurations that would allow us to filter responses before delivery?
4. Do you have compliance-focused plans designed for organizations with strict content requirements?

**Alternative Solution:** If direct filtering isn't available, could you provide guidance on implementing a filtering proxy that would work reliably with your service?

This is a critical requirement for our continued use of Chatbase. We'd appreciate any solutions or enterprise options you can offer to ensure 100% compliance with our content guidelines.

Thank you for your time and assistance.

[P1RVJV-7P7NL]

 **M** Gmail

L. R. <lwr2357@gmail.com>

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

L. R. <lwr2357@gmail.com>                                              Tue, Aug 26, 2025 at 2:52 PM
To: Support <support@chatbase.co>

Hello, can you either fix this on your end or reach out to Anthropic (we use Claude Sonnet 4.0) and ask them to resolve this problem? The issue is that despite very clear instructions in the AI settings to never speak certain banned words to the user, the chatbot persists in using these words in its responses. These banned words certainly do not appear in the training materials. They are coming from Claude. And there is nothing that can be done on our end to get the bot to obey our instructions.  We have set creativity set at zero, but nothing will fix this systematic problem, and this usage of banned words is damaging our ministry.

Please advise if you can work with Anthropic in resolving the matter. If they cannot fix it, I would ask that Chatbase creates a system that truly allows a user to have the functionality that was promised. I know this can be done through creating separate scripts that override the bot. But to do this on my end would require a lot of work and programming expertise which is exactly what chatbase promised to do for me-- create and easy bot that follows my specification. It's what we have been paying chatbase to do. One way or another, --either through coding additional user functionality or through working with Anthropic-- I ask that you please get this fixed.

Thank you,
Lisa Richards

On Sat, Aug 16, 2025, 2:41 PM Mohammed Jamal (Support) <support@chatbase.co> wrote:

Hello Lisa,

We did not hear back from you!

If you require further assistance or have any questions or concerns, please feel encouraged to follow up or email us again!

Thanks for choosing Chatbase. 

Best,

Chatbase Support

support@chatbase.co



On August 9, 2025 at 9:49:27 PM UTC, Mohammed Jamal support@chatbase.co wrote:

Hello Lisa,

Thanks for contacting us!

We sincerely apologize for the inconvenience this has caused!

Any prompts should be added exclusively in the AI Instructions fields. Any additional instructions uploaded as documents or added as text snippets will be ignored as part of the instructions and only considered as part of your training data.

Do the terms you wish to prohibit exist in your AI Agent's training sources? If so, I'm afraid that you cannot prevent your AI Agent from using the data you have trained it on.

Please ensure that there is no duplication of your instructions, the terms that you want to prevent your AI Agent from using are excluded from your Sources and Instructions, and then let us know how it turns out.

For your questions, I'm afraid that we do not offer such filtering, but this is something you can achieve simply by tailoring your sources and settings, without the need for any extra filters.

We are looking forward to hearing back from you!


Best,

Chatbase Support

support@chatbase.co




On August 9, 2025 at 9:12:43 PM UTC, Lisa Richards lwr2357@gmail.com wrote:

Dear Chatbase Support Team,

I'm reaching out regarding critical compliance requirements for our chatbot implementation that our current setup cannot reliably address.

**Current Issue:** Despite setting creativity to zero and explicitly configuring our bot in the settings as a "rule compliance bot" (not a helpful chatbot), our bot continues to violate explicit content restrictions. We have provided clear instructions prohibiting specific words and phrases (with the same instructions duplicated in multiple places in the materials) , yet the bot occasionally uses these terms anyway, creating serious compliance violations for our organization.

**Business Context:** We operate a bible-based organization where certain terminology conflicts with our theological requirements. Even occasional violations of our content guidelines create significant problems for our ministry and community.

**Technical Details:**

- Bot configured with creativity = 0
- Explicit instructions listing prohibited words/phrases
- Clear priority given to rule compliance over helpfulness
- Issue persists despite multiple instruction refinements

**What We Need:**

1. **Server-side content filtering**: Pre-filtering responses before they reach users
2. **Guaranteed compliance enforcement**: 100% blocking of prohibited terms
3. **Custom word replacement**: Automatic substitution of flagged content
4. **API-level filtering**: Filtering applied to all response channels (widget, API, etc.)

**Questions:**

    1. Does Chatbase offer enterprise-level content filtering features?
    2. Can you implement server-side word blocking/replacement for our account?
    3. Are there webhook or API configurations that would allow us to filter responses before delivery?
    4. Do you have compliance-focused plans designed for organizations with strict content requirements?

**Alternative Solution:** If direct filtering isn't available, could you provide guidance on implementing a filtering proxy that would work reliably with your service?

This is a critical requirement for our continued use of Chatbase. We'd appreciate any solutions or enterprise options you can offer to ensure 100% compliance with our content guidelines.

Thank you for your time and assistance.

[P1RVJV-7P7NL] [P1RVJV-7P7NL]

                                                       **L. R. <lwr2357@gmail.com>**

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

---

**L. R. <lwr2357@gmail.com>**                                        Tue, Aug 26, 2025 at 4:16 PM
To: Support <support@chatbase.co>

Thank you but the issue is unfixable by me, and using another LLM is not the solution. I have done everything that could possibly be done. I am highly intelligent with an advanced degree. If I cannot fix it with all the time I have spent, I do not believe it can be fixed without additional code. I even tried several vibe-coding solutions which have also been unsuccessful.

Since you are suggesting chatbase cannot fix this either, can you contact Anthropic please? Seeing as chatbase is an enterprise end user, they should take your request seriously.

Thank you,
Lisa Richards

On Tue, Aug 26, 2025, 3:27 PM Mohammed Jamal (Support) <support@chatbase.co> wrote:

Hello Lisa,

Thanks for following up!

Unfortunately, this is not categorized as an issue for us to be able to troubleshoot any fix. The same applies to Claude, unless these banned words violate their ToS (Terms of Service).

However, if such words are not in your training data (sources) and settings, then you have the following options to achieve what you are looking for:

1. Continue tailoring and experimenting with your AI Instructions until you achieve the results you are aiming for. This process can be very efficient once properly set up. (Although it might be tricky at times due to the lack of specific suggestions, since different types of data may require different commands, this is a one-time task.)

2. If you believe that this is a model-specific issue, please try using a different AI model, and then let us know how it turns out. You can do that by going to your **Dashboard** -> Selecting your AI Agent -> Choosing a different AI model from the Playground's Settings bar -> Save. You can also use the "Compare" feature to test multiple models simultaneously.



I hope this was helpful!

Is there anything else I could help you with?

On 2025 M08 26 18:52:53 UTC, Lisa Richards lwr2357@gmail.com wrote:

> This is a follow-up to your previous request #39563 "Enterprise Compliance Featu..."
> Hello, can you either fix this on your end or reach out to Anthropic (we use Claude Sonnet 4.0) and ask them
> to resolve this problem? The issue is that despite very clear instructions in the AI settings to never speak
> certain banned words to the user, the chatbot persists in using these words in its responses. These banned
> words certainly do not appear in the training materials. They are coming from Claude. And there is nothing
> that can be done on our end to get the bot to obey our instructions.  We have set creativity set at zero, but
> nothing will fix this systematic problem, and this usage of banned words is damaging our ministry.
>
> Please advise if you can work with Anthropic in resolving the matter. If they cannot fix it, I would ask that
> Chatbase creates a system that truly allows a user to have the functionality that was promised. I know this
> can be done through creating separate scripts that override the bot. But to do this on my end would require a
> lot of work and programming expertise which is exactly what chatbase promised to do for me-- create and
> easy bot that follows my specification. It's what we have been paying chatbase to do. One way or another, --
> either through coding additional user functionality or through working with Anthropic-- I ask that you please
> get this fixed.

Thank you,

Lisa Richards

Best,

Chatbase Support

support@chatbase.co



[7J4XP9-PYMG9]

 Gmail

L. R. <lwr2357@gmail.com>

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

**L. R. <lwr2357@gmail.com>**                                       Tue, Aug 26, 2025 at 11:23 PM
To: Support <support@chatbase.co>

Perhaps chatbase could do some more coding to build an additional override for problems like this. With vibe coding, I came up with a solution, but, being a non-developer, it would take me maybe a solid week of work. I know it can be fixed, but the whole purpose of your platform is that it is supposed to be no-code, for non-developers.

Here is another error that slipped through again today. It persists in using words we have explicitly banned from the chatbot. Using these banned words means that this platform damages the bible ministry we built it for. It cannot be used because of errors like this. Seeing as this CAN be fixed with some extra work, I ask that you or Anthropic please fix it.

Here you can see it used the word "divine" 4 times in a row even though this word has been specifically banned. And we have the creativity set to zero and told it to have perfect rule compliance rather than being helpful.

Thank you for your attention to this.





Strategic detonation Battlefield, Weaponizes Smoking gun Arsenal Deploy/deployment (in military context) Target/targeting (in warfare context), etc

39. use plenty of greek in every response you give, especially biblical greek. see the text files in the training materials about use of greek for more information.

40. NEVER USE THE WORDS: "DIVINE", "DIVINELY", "DEMONSTRATE", "DEMONSTRATED", "DEMONSTRATES", "DEMONSTRATING"

41. stop tweeting / posting about Jacob "wrestling" Theos.

42. when creating a tweet, incorporate related prior tweets into your post. always retweet another tweet when you post a tweet or post on x platform.

43. never say overt psyops or tommy richards "predicted" anything. never use any occult-related terminology.

**Temperature**                                                                    0 ⓘ

Reserved                                                                      Creative

Save

[Quoted text hidden]



**divine-again.JPG**
326K

 Gmail

**L. R. <lwr2357@gmail.com>**

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

**Mohammed Jamal (Support)** <support@chatbase.co>                    Thu, Aug 28, 2025 at 8:45 AM
Reply-To: Support <support@chatbase.co>
To: Lisa Richards <lwr2357@gmail.com>

Hello Lisa,

Thanks for your responses!

We confirm that this is not an issue that requires coding or can be fixed with it. The solution of the language-related issue is highly dependent on your AI Instructions.

Generally, it is strongly advised to keep **each of your instructions** short, precise, and easy to understand! For example, one long instruction with wrong punctuation can confuse the AI, versus several short instructions that leave no chance for confusion (i.e., "I want you to keep a courteous tone. Always respond in the language of the last entry.")!

Note that it is also advised to categorize your instructions accordingly, so kindly ensure that things you do not want your AI Agent to do are listed under the "Constraints" category instead.

Regarding the word "Divine," if it is included in your training sources, then please exclude it, retrain, and then let us know how it turns out. Otherwise, the above applies.

I hope this was helpful!

Kindly do not hesitate to let us know if you have further questions or concerns. Wishing you a wonderful day 😊

Best,

Chatbase Support

support@chatbase.co



On August 27, 2025 at 3:23:42 AM UTC, Lisa Richards lwr2357@gmail.com wrote:
Perhaps chatbase could do some more coding to build an additional override for problems like this. With vibe coding, I came up with a solution, but, being a non-developer, it would take me maybe a solid week of work. I know it can be fixed, but the whole purpose of your platform is that it is supposed to be no-code, for non-developers.

Here is another error that slipped through again today. It persists in using words we have explicitly banned from the chatbot. Using these banned words means that this platform damages the bible ministry we built it for. It cannot be used because of errors like this. Seeing as this CAN be fixed with some extra work, I ask that you or Anthropic please fix it.

Here you can see it used the word "divine" 4 times in a row even though this word has been specifically banned. And we have the creativity set to zero and told it to have perfect rule compliance rather than being helpful.

Thank you for your attention to this.






On Tue, Aug 26, 2025 at 7:02 PM L. R. <lwr2357@gmail.com> wrote:

> I'm not sure I want to give access to my account yet. Are there more screenshots I can provide you? Of course we would like this issue resolved. Thank you
>
> [Quoted text hidden]

[7J4XP9-PYMG9]

 **Gmail**

**L. R. <lwr2357@gmail.com>**

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

**L. R. <lwr2357@gmail.com>**                                                  Sun, Aug 31, 2025 at 2:27 PM
To: Support <support@chatbase.co>

My AI instructions are ignored by the AI. This is nothing that is fixable by me, and nothing caused by me. None of the banned words are in our training materials. Simple instructions do not fix the problem. You may not be a developer, but someone who is will confirm that this certainly CAN be fixed by an extra layer of coding. I know what the logic would look like. However, I do not have several days to spend on the fix. It would involve an extra layer of coding where the banned words get substituted by other words, and I would be able to provide which words get substituted with what. It's a simple binary change that basic programming (the kind used for decades) could fix. AI however will not obey the instructions we have given it, so the extra layer of code on top is what is needed, where I can select what to substitute for each of the banned words. Can you contact your developers about this issue please? Right now your product is not working as promised.

Thank you,
Lisa Richards

On Sat, Aug 30, 2025 at 7:11 AM Mohammed Jamal (Support) <support@chatbase.co> wrote:

Hello Lisa,

We did not hear back from you!

If you require further assistance or have any questions or concerns, please feel encouraged to follow up or email us again!

Thanks for choosing Chatbase. 

Best,

Chatbase Support

support@chatbase.co



On August 28, 2025 at 12:45:13 PM UTC, Mohammed Jamal support@chatbase.co wrote:

Hello Lisa,

Thanks for your responses!

We confirm that this is not an issue that requires coding or can be fixed with it. The solution of the language-related issue is highly dependent on your AI Instructions.

Generally, it is strongly advised to keep **each of your instructions** short, precise, and easy to understand! For example, one long instruction with wrong punctuation can confuse the AI, versus several short

instructions that leave no chance for confusion (i.e., "I want you to keep a courteous tone. Always respond in the language of the last entry.")!

Note that it is also advised to categorize your instructions accordingly, so kindly ensure that things you do not want your AI Agent to do are listed under the "Constraints" category instead.

Regarding the word "Divine," if it is included in your training sources, then please exclude it, retrain, and then let us know how it turns out. Otherwise, the above applies.

I hope this was helpful!

Kindly do not hesitate to let us know if you have further questions or concerns. Wishing you a wonderful day 😊

Best,

Chatbase Support

support@chatbase.co



On August 27, 2025 at 3:23:42 AM UTC, Lisa Richards lwr2357@gmail.com wrote:
> Perhaps chatbase could do some more coding to build an additional override for problems like this. With vibe coding, I came up with a solution, but, being a non-developer, it would take me maybe a solid week of work. I know it can be fixed, but the whole purpose of your platform is that it is supposed to be no-code, for non-developers.
>
> Here is another error that slipped through again today. It persists in using words we have explicitly banned from the chatbot. Using these banned words means that this platform damages the bible ministry we built it for. It cannot be used because of errors like this. Seeing as this CAN be fixed with some extra work, I ask that you or Anthropic please fix it.
>
> Here you can see it used the word "divine" 4 times in a row even though this word has been specifically banned. And we have the creativity set to zero and told it to have perfect rule compliance rather than being helpful.
>
> Thank you for your attention to this.
>
> image.png
> image.png
>
> image.png
>
> On Tue, Aug 26, 2025 at 7:02 PM L. R. <lwr2357@gmail.com> wrote:
>> I'm not sure I want to give access to my account yet. Are there more screenshots I can provide you? Of course we would like this issue resolved. Thank you
>>
>> On Tue, Aug 26, 2025, 6:07 PM Mohammed Jamal (Support) <support@chatbase.co> wrote:
>>> Hello Lisa,
>>>
>>> Thanks for your detailed response!
>>>
>>> Totally understood. Can we get your written consent to access your account? Don't worry, we'll only

use it for troubleshooting and making sure everything is working perfectly for you.

We are looking forward to hearing back from you!

Best,

Chatbase Support

support@chatbase.co



On August 26, 2025 at 9:06:54 PM UTC, Lisa Richards lwr2357@gmail.com wrote:
Thank you for your fast reply.

Look here, if you read through these screenshots, you will see that the bot persists in saying "smoking gun" even though we specifically banned the term and set the creativity to zero. We also instructed it to follow rules, rather than being "helpful". This is just one example of this sort of error. The bot simply will not comply with basic instructions in the settings.

On Tue, Aug 26, 2025 at 4:46 PM Mohammed Jamal (Support) <support@chatbase.co> wrote:
Hello Lisa,

Thanks for your prompt response!

Totally understood. I would definitely love to fulfill your request, but I'm afraid Anthropic will not be able to provide any assistance in this area unless the banned words violate their ToS (Terms of Service), as mentioned.

If you confirm that neither your training data (sources) nor your settings (AI Instructions) have any mention of the words you wish to prevent your AI Agent from using, unfortunately, coding will not assist in changing the current results.

Please feel free to share more details with us regarding the banned words, how they are being used, how you want them prevented, and provide us with a copy of the words/terms/language-related instructions you are using or attempted to use so we can assist you more effectively.

We are looking forward to hearing back from you!

Best,

Chatbase Support

support@chatbase.co



On August 26, 2025 at 8:17:05 PM UTC, Lisa Richards lwr2357@gmail.com wrote:

Thank you but the issue is unfixable by me, and using another LLM is not the solution. I have done everything that could possibly be done. I am highly intelligent with an advanced degree. If I cannot fix it with all the time I have spent, I do not believe it can be fixed without additional code. I even tried several vibe-coding solutions which have also been unsuccessful.

Since you are suggesting chatbase cannot fix this either, can you contact Anthropic please? Seeing as chatbase is an enterprise end user, they should take your request seriously.

Thank you,
Lisa Richards

On Tue, Aug 26, 2025, 3:27 PM Mohammed Jamal (Support) <support@chatbase.co> wrote:

> Hello Lisa,
>
> Thanks for following up!
>
> Unfortunately, this is not categorized as an issue for us to be able to troubleshoot any fix. The same applies to Claude, unless these banned words violate their ToS (Terms of Service).
>
> However, if such words are not in your training data (sources) and settings, then you have the following options to achieve what you are looking for:
>
> 1. Continue tailoring and experimenting with your AI Instructions until you achieve the results you are aiming for. This process can be very efficient once properly set up. (Although it might be tricky at times due to the lack of specific suggestions, since different types of data may require different commands, this is a one-time task.)
>
> 2. If you believe that this is a model-specific issue, please try using a different AI model, and then let us know how it turns out. You can do that by going to your **Dashboard** -> Selecting your AI Agent -> Choosing a different AI model from the Playground's Settings bar -> Save. You can also use the "Compare" feature to test multiple models simultaneously.



I hope this was helpful!

Is there anything else I could help you with?

On 2025 M08 26 18:52:53 UTC, Lisa Richards lwr2357@gmail.com wrote:

> This is a follow-up to your previous request #39563 "Enterprise Compliance Featu..."
> Hello, can you either fix this on your end or reach out to Anthropic (we use Claude Sonnet
> 4.0) and ask them to resolve this problem? The issue is that despite very clear instructions
> in the AI settings to never speak certain banned words to the user, the chatbot persists in
> using these words in its responses. These banned words certainly do not appear in the
> training materials. They are coming from Claude. And there is nothing that can be done on
> our end to get the bot to obey our instructions.  We have set creativity set at zero, but
> nothing will fix this systematic problem, and this usage of banned words is damaging our
> ministry.
>
> Please advise if you can work with Anthropic in resolving the matter. If they cannot fix it, I
> would ask that Chatbase creates a system that truly allows a user to have the functionality
> that was promised. I know this can be done through creating separate scripts that override
> the bot. But to do this on my end would require a lot of work and programming expertise
> which is exactly what chatbase promised to do for me-- create and easy bot that follows my
> specification. It's what we have been paying chatbase to do. One way or another, --either
> through coding additional user functionality or through working with Anthropic-- I ask that
> you please get this fixed.

Thank you,

Lisa Richards

Best,

Chatbase Support

support@chatbase.co

[7J4XP9-PYMG9]
[7J4XP9-PYMG9]
[7J4XP9-PYMG9]
[7J4XP9-PYMG9] [7J4XP9-PYMG9]

 Gmail

**L. R. <lwr2357@gmail.com>**

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

---

**Ahmed Samy (Support)** <support@chatbase.co>                    Sun, Aug 31, 2025 at 2:44 PM
Reply-To: Support <support@chatbase.co>
To: Lisa Richards <lwr2357@gmail.com>

Hi Lisa,

Thank you for reaching out. This is Ahmed and I will be assisting you today. We apologize for the experience.

Please keep in mind that we do not have exact guides and these are all suggestions and recommendations if/when applicable because different types of content may require different commands/wording, so we urge you to keep tailoring your instructions and resources while testing until you get the results you aim for.

With that all being said, here are some of our recommendations to help improve the responses of your AI agent overall.

- Tailor your instructions accordingly! By tailoring it, you can ensure that your AI agents provide the necessary information and do it in a way that aligns with your brand's voice and values. Furthermore, it can help your AI agents avoid hallucinations and prevent them from answering questions outside the scope of the data provided.

- Try to retrain your AI agent on different and more accurate resources.

- Try utilizing our variety of different AI models and versions of these models. You can also use the Compare page to check the results of different models to reach a satisfactory result.

- Add answers to specific questions, which you can do by going to your AI agent -> Sources -> Q&A.

- Revise and edit the incorrect responses from previous conversations found on your AI agent's dashboard to strictly provide the correct response next time!

- The response quality is highly dependent on the quality of your data. One large document may be causing the issue; try providing multiple documents with chunked data that are grouped and structured based on relevance and similarity should make the bot more efficient.

- Try adding static answers when necessary! You can do that by adding Q&As in a command format as follows:



Also, try adjusting your AI agent's temperature accordingly, then let us know if the issue persists.

Please check the following article for further details: Best Practices Also, feel free to check out our improved custom instructions presets. You can find out more from this link: Introducing Chatbot Instruction Presets

Ultimately, this is an AI, and while we strive for full compliance, it's important to acknowledge that AI has its limitations.

Best,

Chatbase Support

support@chatbase.co



On August 31, 2025 at 6:29:40 PM UTC, Lisa Richards lwr2357@gmail.com wrote:
I just wanted to add some documentation-- the bot violated explicit instructions again today. We have put in the settings not to use the phrase "smoking gun", yet it will not obey our instructions.

On Sun, Aug 31, 2025 at 2:27 PM Support <support@chatbase.co> wrote:

Your request (40957) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.

Best,

Chatbase Support

support@chatbase.co



[7JN677-LGJX5]
[7JN677-LGJX5]

 **Gmail**                                                                    **L. R. <lwr2357@gmail.com>**

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

**L. R. <lwr2357@gmail.com>**                                              Sun, Aug 31, 2025 at 3:18 PM
To: Support <support@chatbase.co>

I appreciate the suggestions, but I have already done everything that can be done short of writing a functional overriding script that simply replaces one word with another (I actually did write an override through vibe coding on on both my website provider and on the webpage itself but neither worked).

I do know how it can be fixed, but it would take me a long time (as a lawyer and only a vibe coder). Could you please create an override that allows us to replace one word with another? That's all we need, a simple replacement function that has existed for decades, not AI, just basic coding.

Because we already set creativity to zero, explicitly told it, "do not use this word", etc. But nothing works. I believe what I have explained is the only surefire fix. Can you add this? It would be something like the static answer replacement but only for one word or phrase (like "smoking gun"). It would add real functionality to your platform, and given what you already have on there, I don't think it would be very difficult for you to add on the backend. Because right now, the service just doesn't function as stated.

Thank you,
Lisa Weingarten Richards

On Sun, Aug 31, 2025, 2:44 PM Ahmed Samy (Support) <support@chatbase.co> wrote:

Hi Lisa,

Thank you for reaching out. This is Ahmed and I will be assisting you today. We apologize for the experience.

Please keep in mind that we do not have exact guides and these are all suggestions and recommendations if/when applicable because different types of content may require different commands/wording, so we urge you to keep tailoring your instructions and resources while testing until you get the results you aim for.

With that all being said, here are some of our recommendations to help improve the responses of your AI agent overall.

- Tailor your instructions accordingly! By tailoring it, you can ensure that your AI agents provide the necessary information and do it in a way that aligns with your brand's voice and values. Furthermore, it can help your AI agents avoid hallucinations and prevent them from answering questions outside the scope of the data provided.

- Try to retrain your AI agent on different and more accurate resources.

- Try utilizing our variety of different AI models and versions of these models. You can also use the Compare page to check the results of different models to reach a satisfactory result.

- Add answers to specific questions, which you can do by going to your AI agent -> Sources -> Q&A.

- Revise and edit the incorrect responses from previous conversations found on your AI agent's dashboard to strictly provide the correct response next time!

- The response quality is highly dependent on the quality of your data. One large document may be causing the issue; try providing multiple documents with chunked data that are grouped and structured based on relevance and similarity should make the bot more efficient.

- Try adding static answers when necessary! You can do that by adding Q&As in a command format as follows:



Also, try adjusting your AI agent's temperature accordingly, then let us know if the issue persists.

Please check the following article for further details: Best Practices Also, feel free to check out our improved custom instructions presets. You can find out more from this link: Introducing Chatbot Instruction Presets

Ultimately, this is an AI, and while we strive for full compliance, it's important to acknowledge that AI has its limitations.

Best,

Chatbase Support

support@chatbase.co



On August 31, 2025 at 6:29:40 PM UTC, Lisa Richards lwr2307@gmail.com wrote:

I just wanted to add some documentation-- the bot violated explicit instructions again today. We have put in the settings not to use the phrase "smoking gun", yet it will not obey our instructions.

On Sun, Aug 31, 2025 at 2:27 PM Support <support@chatbase.co> wrote:

Your request (40957) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.

Best,

Chatbase Support

support@chatbase.co



[7JN677-LGJX5]

[7JN677-LGJX5]

 Gmail

**L. R. <lwr2357@gmail.com>**

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

**Ahmed Samy (Support)** <support@chatbase.co>                    Sun, Aug 31, 2025 at 2:44 PM
Reply-To: Support <support@chatbase.co>
To: Lisa Richards <lwr2357@gmail.com>

Hi Lisa,

Thank you for reaching out. This is Ahmed and I will be assisting you today. We apologize for the experience.

Please keep in mind that we do not have exact guides and these are all suggestions and recommendations if/when applicable because different types of content may require different commands/wording, so we urge you to keep tailoring your instructions and resources while testing until you get the results you aim for.

With that all being said, here are some of our recommendations to help improve the responses of your AI agent overall.

- Tailor your instructions accordingly! By tailoring it, you can ensure that your AI agents provide the necessary information and do it in a way that aligns with your brand's voice and values. Furthermore, it can help your AI agents avoid hallucinations and prevent them from answering questions outside the scope of the data provided.

- Try to retrain your AI agent on different and more accurate resources.

- Try utilizing our variety of different AI models and versions of these models. You can also use the Compare page to check the results of different models to reach a satisfactory result.

- Add answers to specific questions, which you can do by going to your AI agent -> Sources -> Q&A.

- Revise and edit the incorrect responses from previous conversations found on your AI agent's dashboard to strictly provide the correct response next time!

- The response quality is highly dependent on the quality of your data. One large document may be causing the issue; try providing multiple documents with chunked data that are grouped and structured based on relevance and similarity should make the bot more efficient.

- Try adding static answers when necessary! You can do that by adding Q&As in a command format as follows:



Also, try adjusting your AI agent's temperature accordingly, then let us know if the issue persists.

Please check the following article for further details: Best Practices Also, feel free to check out our improved custom instructions presets. You can find out more from this link: Introducing Chatbot Instruction Presets

Ultimately, this is an AI, and while we strive for full compliance, it's important to acknowledge that AI has its limitations.

Best,

Chatbase Support

support@chatbase.co



On August 31, 2025 at 6:29:40 PM UTC, Lisa Richards lwr2357@gmail.com wrote:
I just wanted to add some documentation-- the bot violated explicit instructions again today. We have put in the settings not to use the phrase "smoking gun", yet it will not obey our instructions.

On Sun, Aug 31, 2025 at 2:27 PM Support <support@chatbase.co> wrote:

Your request (40957) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.

Best,

Chatbase Support

support@chatbase.co



[7JN677-LGJX5]
[7JN677-LGJX5]

 Gmail

**L. R. <lwr2357@gmail.com>**

---

## Enterprise Compliance Features - Critical Content Filtering Requirements

**Ahmed Samy (Support)** <support@chatbase.co>                    Mon, Sep 1, 2025 at 12:11 AM
Reply-To: Support <support@chatbase.co>
To: Lisa Richards <lwr2357@gmail.com>

Hi Lisa,

Thank you for taking the time to reply back to us.

You are most welcome. We are glad to hear that and to be of assistance.

We are continuously seeking to broaden our service and we always try our best to meet our customers' expectations and satisfaction.

If you require further information or have any inquiries, please feel free to reach out to us again.

Thank you for supporting and choosing Chatbase! Wishing you a wonderful day!

Best,

Chatbase Support

support@chatbase.co



On September 1, 2025 at 4:09:37 AM UTC, Lisa Richards lwr2357@gmail.com wrote:
Thank you for your reply, No, the banned words and phrases (as there are around 10) are definitely not in our training materials. I appreciate that you have forwarded my request. I do know that it can be done, but it would take me quite a lot of time. Hopefully they will decide to implement a word override that lets the account holder override a given word or short phrase much as you currently allow static answers. Thank you

On Mon, Sep 1, 2025 at 12:06 AM Ahmed Samy (Support) <support@chatbase.co> wrote:
Hi Lisa,

Thank you for your reply.

We want to highlight that if the aforementioned word is mentioned anywhere in the sources provided for training the AI agent, it will be considered when the AI is generating the responses.

Also, please note that the AI responses may vary depending on the chosen AI model. So, we urge you to test with various models until you reach the desired results.

That said, we regret to inform you that the option to create an override is not available at the moment. However, we are continuously seeking to broaden our service and we always prioritize our customers' suggestions and recommendations. So, we have proceeded to forward your recommendation internally as a feature request to the appropriate team for consideration.

We sincerely appreciate you taking the time to share any thoughts and suggestions with us.

Let us know if you need anything else.

Best,

Chatbase Support

support@chatbase.co



On August 31, 2025 at 7:18:59 PM UTC, Lisa Richards lwr2357@gmail.com wrote:
> I appreciate the suggestions, but I have already done everything that can be done short of writing a functional overriding script that simply replaces one word with another (I actually did write an override through vibe coding on on both my website provider and on the webpage itself but neither worked).
>
> I do know how it can be fixed, but it would take me a long time (as a lawyer and only a vibe coder). Could you please create an override that allows us to replace one word with another? That's all we need, a simple replacement function that has existed for decades, not AI, just basic coding.
>
> Because we already set creativity to zero, explicitly told it, "do not use this word", etc. But nothing works. I believe what I have explained is the only surefire fix. Can you add this? It would be something like the static answer replacement but only for one word or phrase (like "smoking gun"). It would add real functionality to your platform, and given what you already have on there, I don't think it would be very difficult for you to add on the backend. Because right now, the service just doesn't function as stated.
>
> Thank you,
> Lisa Weingarten Richards

On Sun, Aug 31, 2025, 2:44 PM Ahmed Samy (Support) <support@chatbase.co> wrote:
> Hi Lisa,
>
> Thank you for reaching out. This is Ahmed and I will be assisting you today. We apologize for the experience.
>
> Please keep in mind that we do not have exact guides and these are all suggestions and recommendations if/when applicable because different types of content may require different commands/wording, so we urge you to keep tailoring your instructions and resources while testing until you get the results you aim for.
>
> With that all being said, here are some of our recommendations to help improve the responses of your AI

agent overall.

- Tailor your instructions accordingly! By tailoring it, you can ensure that your AI agents provide the necessary information and do it in a way that aligns with your brand's voice and values. Furthermore, it can help your AI agents avoid hallucinations and prevent them from answering questions outside the scope of the data provided.

- Try to retrain your AI agent on different and more accurate resources.

- Try utilizing our variety of different AI models and versions of these models. You can also use the Compare page to check the results of different models to reach a satisfactory result.

- Add answers to specific questions, which you can do by going to your AI agent -> Sources -> Q&A.

- Revise and edit the incorrect responses from previous conversations found on your AI agent's dashboard to strictly provide the correct response next time!

- The response quality is highly dependent on the quality of your data. One large document may be causing the issue; try providing multiple documents with chunked data that are grouped and structured based on relevance and similarity should make the bot more efficient.

- Try adding static answers when necessary! You can do that by adding Q&As in a command format as follows:



Also, try adjusting your AI agent's temperature accordingly, then let us know if the issue persists.

Please check the following article for further details: Best Practices Also, feel free to check out our improved custom instructions presets. You can find out more from this link: Introducing Chatbot Instruction Presets

Ultimately, this is an AI, and while we strive for full compliance, it's important to acknowledge that AI has its limitations.

Best,

Chatbase Support

support@chatbase.co



On August 31, 2025 at 6:29:40 PM UTC, Lisa Richards lwr2357@gmail.com wrote:
I just wanted to add some documentation-- the bot violated explicit instructions again today. We have put in the settings not to use the phrase "smoking gun", yet it will not obey our instructions.

On Sun, Aug 31, 2025 at 2:27 PM Support <support@chatbase.co> wrote:

Your request (40957) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.

Best,

Chatbase Support

support@chatbase.co



[7JN677-LGJX5]
[7JN677-LGJX5]
[7JN677-LGJX5]
[7JN677-LGJX5]