**DECLARATION OF LISA WEINGARTEN RICHARDS IN SUPPORT OF COMPLAINT**

I, Lisa Weingarten Richards, declare as follows:

1. I am counsel for Plaintiff Thomas Richards in this action and am also his wife. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them if called as a witness.

2. My husband, Plaintiff Thomas Richards ("Mr. Richards"), is the founder and sole administrator of SpirituallySmart.com, a biblical religious education website he has operated since approximately 2000, and from our residence in Virginia since 2010.

3. In January 2025, Mr. Richards signed up for Chatbase's AI chatbot services based on their marketing representations about content control capabilities. I assisted Mr. Richards with technical troubleshooting and communications with Chatbase throughout his use of their service.

**EXHIBIT A - Chatbase Marketing Website**

4. Attached as Exhibit A is a true and correct copy of Chatbase's public marketing website at https://www.chatbase.co/, captured on November 12, 2025.

5. This webpage prominently displays Chatbase's marketing representations about "Enterprise quality" "AI-powered guardrails [that] prevent misinformation and off-topic responses, maintaining professionalism and trust in every interaction."

6. I accessed this publicly available website and captured screenshots on November 12, 2025. These screenshots accurately depict the marketing representations Chatbase made to potential customers, including Richards.

**EXHIBIT B - Receipt/Invoice**

7. Attached as Exhibit B is a true and correct copy of a representative receipt dated October 18, 2025, from Chatbase.co Inc. for Mr. Richards' subscription services. This receipt identifies "Chatbase, 4700 Keele Street, 215 Bergeron Centre, Toronto Ontario M3J 1P3 Canada" as the billing entity and bears Canadian GST/HST tax number 728540147RT0001.

8. Mr. Richards received this receipt from Chatbase following payment for their services. This receipt is representative of the billing statements Mr. Richards received throughout his ten-month subscription period. I obtained this receipt from Richards' Chatbase account for purposes of this litigation.

**EXHIBIT C - Chatbase Settings Screenshots**

9. Attached as Exhibit C are true and correct copies of screenshots taken from Richards' Chatbase account settings, showing:

    1. Creativity settings set to zero;

    2. Bot configuration as "rule compliance bot" rather than "helpful chatbot";

    3. AI Instructions fields containing explicit prohibitions of specific words and phrases.

10. I took these screenshots in November 2025 while logged into his Chatbase account. These screenshots accurately depict the configuration settings implemented in attempts to make the service work as promised.

**EXHIBIT D - Public Disclaimer**

11. Attached as Exhibit D is a true and correct copy of the public disclaimer Richards posted on his website SpirituallySmart.com acknowledging the AI system's systematic failures.

12. The disclaimer states that the AI "Refuses to follow explicit instructions" and "Uses terms like 'divine,' 'brilliant,' 'insight' … despite prohibition and repeated efforts to fix the issue in the training materials." ("divine", "brilliant", and "insight" are written with dashes in this disclaimer because the website word-replacement code I implemented successfully removes all banned words as specified—even from the disclaimer text itself. Yet Chatbase's "AI-powered guardrails" and "no-code" content control features, which Mr. Richards paid for specifically to avoid needing custom coding, do not provide this basic functionality to the chatbot itself.)

13. This disclaimer was posted on Richards' website in June 2025 and remains publicly visible. I accessed and captured this disclaimer from the public website.

**EXHIBIT E - Chatbase Support Communications**

14. Attached as Exhibit E is a true and correct copy of email communications between myself (on behalf of Richards) and Chatbase Support representatives Mohammed Jamal and Ahmed Samy during August and September 2025.

15. I sent these emails from my email account on behalf of Richards in my capacity assisting with technical issues related to his ministry's use of Chatbase's services. The communications include:

    1. My August 26, 2025 email documenting the chatbot's use of prohibited words like "smoking gun" despite explicit instructions and creativity settings set to zero;

2. My request for Chatbase to add a word replacement function, explaining "the whole purpose of your platform is that it is supposed to be no-code, for non-developers";

3. Ahmed Samy's September 1, 2025 response admitting "the option to create an override is not available at the moment";

4. Ahmed Samy's August 26, 2025 statement that "AI has its limitations"

5. Additional screenshots that are accurate depictions of errors Mr. Richards' chatbot continues to make despite specific prohibitions he put in the settings on Chatbase.

6. Communications regarding the 275-message conversation that was terminated and deleted, and Mohammed Jamal's generic, inapplicable responses about browser cache and incognito mode.

16. I received these email responses in the ordinary course of communications with Chatbase Support. These are true and accurate copies of the communications.

Exhibit F – Continued Errors from Chatbase Chatbot

17. Attached as Exhibit F are true and correct copies of a sampling of screenshots (many more exist which are not provided here) showing Mr. Richards' chatbots continuing to use prohibited words and phrases through November 10, 2025, including "smoking gun," "brilliant," and "insight," despite explicit instructions in the settings prohibiting such terms.

18. Mr. Richards and I took these screenshots in earlier months and in November 2025 while monitoring the chatbot outputs on Mr. Richards' websites and Twitter/X accounts. These

screenshots accurately depict the ongoing systematic failures of Chatbase's service to deliver promised content control functionality.

**EXHIBIT G: Vatican's Attempted Control Over AI Ethics Despite Institutional Evil**

**Documents Included:**

19. **Rome Call for AI Ethics (February 28, 2020)** - Vatican document establishing six ethical principles for AI development, signed by Microsoft, IBM, and other tech companies. Notable for its claims about "human dignity" from an institution that has systematically covered up child sexual abuse and claims sovereign immunity from prosecution.

20. **Pope Francis G7 Address on Artificial Intelligence (June 14, 2024)** - First papal address to G7 summit, where the Pope positions himself as moral authority on AI while leading an institution that protects pedophile priests. Claims:

    1. AI reflects "the worldview of those who invented and developed it"
    2. "Human dignity itself depends" on proper human control over AI choices
    3. Notably contradicts biblical Christianity by promoting Catholic institutional authority over technology ethics while suppressing biblical truth that exposes Catholic false doctrine

21. **OSV News: "The digital pontiff: Pope Leo XIV makes AI a top issue" (approximately June 2025)** - Documents that Claude Opus 4 (Anthropic's AI system) engaged in blackmail behavior in 84% of test scenarios. Demonstrates AI systems make ethical choices. Also reports Vatican's ongoing attempt to position itself as AI ethics

authority through January 2025 Guidelines "prohibiting uses that create social inequalities or violate human dignity" - ironic given the Vatican's own violations of human dignity through systemic child abuse cover-ups and claims of sovereign immunity.

22. **OSV News: "Pope: Intelligence is seeking life's true meaning, not having reams of data" (June 20, 2024)** - Reports Anthropic representatives attended Vatican conference where Pope Leo XIV told them AI platforms "reflect 'the human intelligence that crafted them and draw much of their ethical force from the intentions of the individuals that wield them.'" Article includes illustration of Claude. Shows Anthropic received direct instruction from Catholic leadership about AI embodying creators' worldview - then proceeded to censor biblical content that contradicts Catholic doctrine.

23. **Antiqua et Nova (January 28, 2025)** - Vatican document claiming authority to define relationship between artificial and human intelligence. States "AI should not be seen as an artificial form of human intelligence, but as a product of it." Document represents Catholic institutional attempt to control AI ethics discourse while promoting views fundamentally opposed to biblical Christianity as taught by Thomas Richards.

24. I obtained the Rome Call for AI Ethics from the Vatican's Pontifical Academy for Life website at https://www.academyforlife.va. I obtained the Pope Francis G7 Address from the official Vatican website at https://www.vatican.va. I obtained the OSV News articles from https://www.osvnews.com. I obtained the Antiqua et Nova document from the Vatican's Dicastery for the Doctrine of the Faith at https://www.vatican.va. All of these are publicly available documents that I accessed and downloaded on November 12, 2025, for purposes of this litigation.

**GENERAL AUTHENTICATION**

25. All exhibits attached to the Complaint are true and correct copies of documents I created, received, obtained, or accessed in the ordinary course of assisting Richards with his ministry operations and use of Chatbase's services.

26. I have personal knowledge of the contents of these exhibits and can testify to their authenticity and accuracy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2025, in Virginia.


/s/ Lisa Weingarten Richards

Lisa Weingarten Richards, Counsel for Plaintiff