Civil Action No.   **5:25-cv-00122-JHY-JCH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Chatbase Inc**
was recieved by me on  **11/25/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Paracorp Incorporated**, who is designated by law to accept service of process on behalf of **Chatbase Inc** at **2140 S Dupont Hwy, Camden, DE 19934** on **12/01/2025 at 11:12 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ **154.45** for services, for a total of $ **154.45**.

I declare under penalty of perjury that this information is true.

Date:   12/01/2025

*Server's signature*

**Alan Zielen**
*Printed name and title*

**16192 Coastal Hwy
Lewes, DE 19958**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUPPORTING DOCUMENTS; DECLARATION OF LISA WEINGARTEN RICHARDS IN SUPPORT OF COMPLAINT; SUMMONS; COMPLAINT; EXHIBITS,  to Paracorp Incorporated, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with an accent.
Successfully served. Lia Hayle was the authorized individual.**




Tracking #: **0197243409**