IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
02/11/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

| | |
|---|---|
| THOMAS RICHARDS,  )  | Civil Action No. 5:25-cv-00122 |
|     Plaintiff,  ) | |
| v.  ) | ORDER |
|  ) | |
| CHATBASE.CO,  ) | |
|     Defendant.  ) | By:  Joel C. Hoppe |
|  ) | United States Magistrate Judge |

This matter is before the Court on the Motion to Withdraw as Counsel filed by Lisa Weingarten Richards, Esq. *See* Mot., ECF No. 20 (Feb. 8, 2026). Ms. Richards represents Plaintiff Thomas Richards in this action. The motion states that "a protective order has been entered in the Circuit Court of Frederick County, Viriginia, prohibiting Plaintiff from contacting undersigned counsel." *Id.* at 2. Accordingly, Virginia's Rules of Professional Conduct require Ms. Richards to seek this Court's leave to withdraw as Plaintiff's counsel. *Id.*; Mot. Ex. A, ECF No. 20-1; *see* W.D. Va. Gen. R. 6(i). For good cause shown, the Court hereby **GRANTS** Ms. Richards's motion to withdraw, ECF No. 20, provided that Ms. Richards **promptly**:

1. Provide Plaintiff's mailing address, email address, and telephone number to the Clerk's Office; and
2. Mail a copy of this Order to Plaintiff.

The Clerk is hereby **DIRECTED** to **TERMINATE** Lisa Weingarten Richards, Esq., as Plaintiff Thomas Richards's counsel of record in this action.

Within fourteen (14) days, Plaintiff Thomas Richards shall file a notice indicating whether he intends to hire counsel or represent himself in this action.

1

The Clerk is also **DIRECTED** to email a copy of this Order to Plaintiff Thomas Richards at the email address provided by counsel, tlthe5th@pm.me, and to mail him a copy of the docket sheet after Ms. Richards provides his mailing address to the Clerk.

It is so ORDERED.                ENTER: February 11, 2026

*[signature]*

Joel C. Hoppe
U.S. Magistrate Judge